# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00470-CV

**Yvonne Meadows, Appellant**

**v.**

**Texas Education Agency; Commissioner of Education Robert Scott; and Lake Travis Independent School District, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT NO. D-1-GN-09-001611, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Yvonne Meadows filed her notice of appeal on August 2, 2010. The clerk's record and reporter's record were due in this Court on August 30, 2010. On October 7, 2010, the Clerk of this Court sent notice to appellant requesting that appellant make arrangements for the clerk's record and submit a status report regarding this appeal, and that her appeal would be dismissed for want of prosecution if she did not respond to this Court by October 18, 2010. To date, appellant has not responded to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), (c).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed:   December 15, 2010